IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 07-cr-00206-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHERYL L. MORRIS,
3. AXEL MADDEN,

    Defendants.

_____

**ORDER**
_____

    The court construes defendants' Notices of Disposition as motions to change plea and to have the court consider the terms of the parties' plea agreements. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters. The trial date is vacated. Counsel shall contact chambers within ten days to set a change of plea hearing.

    DATED at Denver, Colorado, on June 11, 2007.

                                                  BY THE COURT:

                                                  s/ Walker D. Miller
                                                  United States District Judge

PDF FINAL